IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JANAYA HATTEN and
ROBERT HATTEN,

        Plaintiffs,

vs.	1:23-cv-00203-WJ-LF

YUSSUF AGANE, individually,
EDIRIS HASSAN, individually, and
PROGRESSIVE CASUALTY INSURANCE
COMPANY, a foreign corporation,

        Defendants.

## ORDER TO FILE CLOSING DOCUMENTS PER SETTLEMENT

The parties have reached a negotiated resolution in this matter.

IT IS THEREFORE ORDERED that closing documents must be filed no later than **Monday, February 12, 2024**, absent a written motion showing good cause for an extension.

_____
Laura Fashing
United States Magistrate Judge